SABINE TRANSPORTATION CO., INC., ET AL. *v.* UNITED STATES

**No. 4439.**—Invoices dated Hannover, Germany, September 19, March 1, 1935.
Certified September 24, March 2, 1935.
Entered at Galveston, Tex., November 16, April 26, 1935.
Entry Nos. 56, 146.

(Order amending Reap. Dec. 4409 dated November 3, 1938)

ORDER

On the court's own motion it is hereby
ORDERED, ADJUDGED and DECREED that the above decision be
further amended by striking out on page 18 thereof the following
words, in the second and third lines from the bottom, to wit: "a freight
allowance of RM. 1.50 per 100 kilos," and that the judgment order
be amended to conform thereto.

WALTER H. EVANS, *Judge.*

NOVEMBER 2, 1938

**No. 4440.**— *United
States* v. *Hensel, Bruckmann & Lorbacher, Inc.* Entered at New York.
Reap. Dec. 4376. Motions by appellee.